# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL TERRELL JOHNSON

NO. 2019 KW 1258

OCT 28 2019

In Re:   Michael Terrell Johnson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 102259.

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT